ericaborjaind

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 15 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ERICA REYES BORJA and ) <br> RICKY ANTHONY NELSON, ) <br> ) <br> ) <br> Defendants. ) <br> _____) | CRIMINAL CASE NO. **05-00049** <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846] <br> (Count I) <br><br> **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** <br> [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)] <br> (Count II) |

THE GRAND JURY CHARGES:

<u>COUNT I - CONSPIRACY TO DISTRIBUTE
METHAMPHETAMINE HYDROCHLORIDE</u>

Between and on or about May 2005, the exact date unknown, to May 14, 2005, in the District of Guam and elsewhere, the defendants, ERICA REYES BORJA and RICKY ANTHONY NELSON, and other known and unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others,

ORIGINAL

to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 14, 2005, in the District of Guam, the defendant herein, ERICA REYES BORJA, did unlawfully and knowingly possess with intent to distribute approximately over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii).

Dated this 15th day of June 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2