# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ERICA REYES BORJA | **WARRANT FOR ARREST**<br><br>Case Number: CR-05-00049-001 |

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ERICA REYES BORJA_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & (b)(1)(A)(viii) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| MARILYN B. ALCON<br>Name of Issuing Officer | _Marilyn B. Alcon_<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | 6/15/2005           Hagatna, Guam<br>Date                      Location |

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dept of Corrections, Guam

| DATE RECEIVED<br>06/15/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Walter Gray, S/DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>06/16/05 | | |