# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

RICKY ANTHONY NELSON

**WARRANT FOR ARREST**

Case Number: CR-05-00049-002

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICKY ANTHONY NELSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/15/2005     Hagatna, Guam |
| Title of Issuing Officer | Date            Location |

ORIGINAL

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dept. of Corrections, Guam

| DATE RECEIVED 06/15/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/16/05 | Walter Gray, S/DUSM | _signature_ |