LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA REYES BORJA,<br><br>Defendant. | CRIMINAL CASE NO. 05-00049-01<br><br>**WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM** |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that ERICA REYES BORJA, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on June 17, 2005, at 1:45 pm for her initial appearance on the federal warrant issued pursuant to an indictment in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce ERICA REYES

1  BORJA, before this Court on June __17__, 2005 at __1:45 p__.m. and whenever necessary hereafter
2  to attend court appearances in the above-entitled case and upon completion of said prosecution
3  and/or court appearances and/or upon further order of the court, return said prisoner to her place of
4  confinement.

**SO ORDERED** this __16__ day of June 2005.

_____
RICARDO S. MARTINEZ
Designated District Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney




RECEIVED
JUN 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM