



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00049 |
| Plaintiff, | |
| vs. | |
| ERICA REYES BORJA and RICKY ANTHONY NELSON, | ORDER |
| Defendant. | |

The Court is in receipt of Defendant Erika Borja's ("Borja") Notice of Motion and Motion for Brady Discovery filed on July 11, 2005. With regard to Borja's discovery requests, counsel for Borja and the Government are ordered to meet and confer in an attempt to resolve their disputes and, therefore, to file a joint statement no later than July 29, 2005 setting forth those issues that remain in dispute and an explanation of their respective positions on each of those remaining issues.

The Court is also in receipt of Defendant Ricky Anthony Nelson's ("Nelson") Motion to Suppress filed on July 20, 2005. The Government shall have until July 29, 2005, to file any opposition to Nelson's filing. If an opposition is received, Nelson shall have until August 1, 2005 to file a reply.

**SO ORDERED** this 27th day of July, 2005.

Frances Tydingco-Gatewood*
United States District Judge

ORIGINAL

* The Honorable Frances Tydingco-Gatewood, United States District Judge, by designation