RICHARD S. DIRKX
ASSISTANT PUBLIC DEFENDER
Public Defender Service Corporation
110 W. O'Brien Drive
Hagatna, Guam 96910
Telephone: (671) 475-3100
Telecopier: (671) 477-5844



FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,  )  CRIMINAL CASE NO. 05-00049
         Plaintiff,  )
         vs.  )  **RESPONSE TO ORDER OF JULY 27, 2005**
ERICA REYES BORJA,  )
         Defendant.  )

The Public Defender Service Corporation, having filed a Motion to Withdraw, and having requested that other counsel be appointed to represent Ms. Borja, is prohibited by ethical constraints from doing anything else in this case. We would trust that Ms. Borja's new counsel will be given adequate opportunity to act on her behalf.

A laboratory test result has been received, and will be forwarded promptly to her new counsel once that attorney is known to us.

Dated: July 29, 2005

Respectfully submitted,

**PUBLIC DEFENDER SERVICE CORPORATION**
*Attorneys for Defendant*

By: _____
RICHARD S. DIRKX
Assistant Public Defender

\\Optika_bdc\WG-rsd\Criminal\Borja,EricaR 05-00049\response to order of july 27, 2005.wpd RSD:nb