RICHARD S. DIRKX
ASSISTANT PUBLIC DEFENDER
Public Defender Service Corporation
110 W. O'Brien Drive
Hagatna, Guam 96910
Telephone: (671) 475-3100
Telecopier: (671)477-5844

FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br><br> ERICA REYES BORJA, <br> Defendant. | Criminal CASE NO. 05-00049 <br><br> **ORDER GRANTING WITHDRAWAL FROM THE CASE AND APPOINTING NEW COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN by ex parte application to the court that Kathleen E. Maher, Richard S. Dirkx, and the Public Defender Service Corporation cannot represent the above name defendant ERICA REYES BORJA, due to conflict of interest with current and former clients and well as due to other appearances of impropriety, the court grants said counsel's ex parte application to withdraw.

_Peter C. Perez_ is appointed in place and stead of Kathleen E. Maher, Richard S. Dirkx, and Public Defender Service Corporation as counsel for ERICA REYES BORJA.

Date: 8/1/2005

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

RECEIVED
JUL 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM