**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00049 |
| vs. | |
| ERICA REYES BORJA and RICKY ANTHONY NELSON, | **STIPULATION FOR CONTINUANCE** |
| Defendants. | |

On June 17, 2005, the Court issued an Order setting out the trial date and deadlines in this matter. Counsel for Defendant Erica Reyes Borja was just court appointed on August 3, 2005, and therefore requests that the trial date be continued for ninety (90) days and all other deadlines be continued for sixty (60) days.

IT IS SO STIPULATED this 5th day of August, 2005:

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

**LEONARDO M. RAPADAS**
United States Attorney

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Erica Reyes Borja*

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

**CUNLIFFE & COOK, P.C.**

_____
**F. RANDALL CUNLIFFE, ESQ.**
*Attorney for Defendant Ricky A. Nelson*

ORIGINAL