LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA REYES BORJA and<br>RICKY ANTHONY NELSON,<br><br>Defendants. | CRIMINAL CASE NO. 05-00049<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF CONTINUANCE** |

1. I received notice that I was appointed to represent Erica Reyes Borja on August 3, 2005.

2. On that same date an office conflicts check was conducted and completed.

3. On June 17, 2005 an Order was filed setting deadlines for court filings, pretrial motions, and setting trial.

4. The pretrial motions date had expired prior to my appointment as counsel.

5. The court filings deadline for documents including voir dire questions, exhibits, etc., was August 3, 2005, the day of my appointment.

6. I recently returned to Guam on July 26, 2005 from a funeral in the mainland.

7. I was on office leave until August 2, 2005. Upon my return I have had numerous client matters requiring my immediate attention.

8. Although I have made a preliminary review of the discovery and case materials and have spoken to my client on the telephone, in order to provide effective assistance of counsel I need additional time to review the case, discuss the case with my client and file case materials with the court, including possibly, pretrial motions.

9. I am not prepared for an August 10, 2005 trial and respectfully request, in the interest of justice, continuances of the currently set dates.

10. Currently, I have scheduled trials for August and September which are not expected to be continued. I believe I would be prepared if this trial was continued to October or November, 2005.

11. I respectfully submit good cause exists for the continuances required.

12. The U.S. Attorney and co-defendant's counsel have stipulated to the continuance requested.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 9th day of August, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.

USA v Eric Reyes Borja; CR05-00049
Declaration of Counsel in Support of Continuance