LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>ERICA REYES BORJA and<br>RICKY ANTHONY NELSON,<br><br>               Defendants. | CRIMINAL CASE NO. 05-00049<br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated:

**MARIVIC P. DAVID, ESQ.**
U.S. Assistant Attorney General
U.S. Attorney General
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

**F. RANDALL CUNLIFFE, ESQ.**
Cunliffe & Cook, P.C.
210 Archbishop Flores Street, Suite 200
Hagåtña, Guam 96910

DATED: August 9, 2005, Hagåtña, Guam.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _/s/ Peter C. Perez_
PETER C. PEREZ, ESQ.