LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA REYES BORJA and<br>SEAN MICHAEL COLE<br>a/k/a SHAWN COLE,<br><br>Defendants. | CRIMINAL CASE NO. 05-00049<br><br>**SUPERSEDING INDICTMENT**<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846]<br>(Count I)<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)]<br>(Count II) |

THE GRAND JURY CHARGES:

### COUNT I - CONSPIRACY
### TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about May 2005, the exact date unknown, to May 14, 2005, in the District of Guam and elsewhere, the defendants, ERICA REYES BORJA, SEAN MICHAEL COLE a/k/a SHAWN COLE, and Ricky Anthony Nelson, and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute 92 grams, net weight, of methamphetamine

//

hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

### COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 14, 2005, in the District of Guam, the defendant herein, ERICA REYES BORJA, did unlawfully and knowingly possess with intent to distribute 92 grams, net weight, of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii).

Dated this 10th day of August, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2

| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment __X__  Docket Number __05 04-00049__
Same Defendant __X__   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Erica Reyes Borja_____

Allisas Name _____

Address _____

_____Tamuning, GU_____

Birth date __XX/XX/1974__  SS# __XXX-XX-6693__  Sex __F__  Race __PI__  Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED AUG 1 0 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__     ____ Petty  ____ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 941(a)(1), (b)(1)(A)(viii), and 946 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE | 2 |

Date: __8/9/05__    Signature of AUSA: _____

| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____   Related Case Information:

Country/Parish ___N/A___   Superseding Indictment __X__   Docket Number __05 04-00049__
Same Defendant _____   New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name ___Sean Michael Cole___

Allisas Name ___Shawn Cole___

Address _____
___Dededo, GU___

Birth date __XX/XX/1977__ SS# __XXX-XX-0036__ Sex __M__ Race __C__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** __X__ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED**
**AUG 10 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___1___   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 941(a)(1), (b)(1)(A)(viii), and 946 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | | |

Date: __8/9/05__   Signature of AUSA: _[signature]_