AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| ERICA REYES BORJA | Case Number: CR-05-00049-001 |
| (Name and Address of Defendant) | |

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN | Thursday, August 18, 2005 at 10:00 a.m. |

To answer a(n)
**X** Superseding Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & (b)(1)(A)(viii) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

| MARILYN B. ALCON, Deputy Clerk | /s/ Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| August 10, 2005 | |
| Date | |

# RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Department of Corrections Mangilao, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __08/11/05__
            Date

__J.L.G. Salas__
Name of United States Marshal

__S/Dusim W. Gray__
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.