IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00049 |
| Plaintiff. ) | |
| vs. ) | |
| ERICA REYES BORJA, ) | **ORDER** |
| Defendant. ) | |

The trial in this case was scheduled to commence on August 10, 2005. However, on August 5, 2005, the parties filed a Stipulation for Continuance, requesting that the trial date be continued for 90 days. See Docket No. 24. Defense counsel Peter C. Perez filed a declaration on August 9, 2005 setting forth the bases for the 90-day continuance. See Docket No. 25. Mr. Perez stated that he had only recently been appointed as counsel for the Defendant, and because he had other trials scheduled for August and September, he requested that the trial be moved to October or November so that he could adequately prepare for the trial herein. Id.

The Court hereby grants the request for a continuance. Such an extension is reasonable and necessary given the facts set forth in Mr. Perez's declaration. Accordingly, the trial in this matter is hereby re-scheduled to Tuesday, November 8, 2005 at 9:30 a.m. before Judge Robert

///

///

Clive Jones.[1] All pretrial motions shall be filed no later than October 11, 2005. Additionally, the following shall be filed or lodged with the Court no later than seven calendar days prior to the trial:

1) Proposed jury voir dire questions;

2) An original and one copy of the exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered);

3) Three complete sets of marked and tabbed exhibits in three-ring binders. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party;

4) Any documents to be used in the examination of witnesses, but not to be introduced into evidence, such as police reports, investigative reports or witness statements - (one copy must be lodged with the Court);

5) Proposed verdict forms;

6) An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment); and

7) Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

The period of delay between August 5, 2005 and November 8, 2005 is hereby excluded for purposes of the Speedy Trial Act. The Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED this 11th day of August 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable Robert Clive Jones., United States District Judge for the District of Nevada, sitting by designation.