# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Erica Reyes Borja,<br><br>    Defendant. | Case No. 1:05-cr-00049<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order, filed August 11, 2005* on the dates indicated below:

*U.S. Attorney's Office*    *Peter C. Perez*
*August 12, 2005*      *August 12, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed August 11, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005         /s/ Marilyn B. Alcon
                       Deputy Clerk