```
                IN THE DISTRICT COURT OF GUAM          FILED
                      TERRITORY OF GUAM
                       CRIMINAL MINUTES           DISTRICT COURT OF GUAM
                                                     OCT 17 2005
                                                    MARY L.M. MORAN
                                                    CLERK OF COURT
```



CASE NO. CR-05-00049-001           DATE: 10/17/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge      Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                           Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:41:52 - 10:03:52      CSO: L. Ogo

****************** **** ***** **A P P E A R A N C E S*****************************

DEFT: **ERICA REYES BORJA**                   ATTY: **PETER C. PEREZ**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                  AGENT: JOHN DUENAS, IMMIGRATION AND CUSTOMS
                                                     ENFORCEMENT

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON      U.S. MARSHAL: V. ROMAN

PROCEEDINGS:   CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __31__   HIGH SCHOOL COMPLETED: __10th GRADE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: __COUNT I OF THE SUPERSEDING INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __OCTOBER 11, 2005__   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __FEBRUARY 6, 2006__ at __9:00 A.M.__  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: __DECEMBER 12, 2005__ LODGE WITH COURT: __JANUARY 20, 2006__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court executed the
Report and Recommendation Concerning Plea of Guilty. Government stated that the parties have agreed
to the release of the defendant and proposed release conditions. The Court GRANTED the defendant's
release and admonished her to abide by the conditions orally stated.