# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Erica Reyes Borja,<br><br>        Defendant. | Case No. 1:05-cr-00049<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation, and Order Setting Conditions of Release filed on October 17, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Peter C. Perez* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 18, 2005* | *October 18, 2005* | *October 18, 2005* | *October 18, 2005* |
| | | *(Release Conditions only)* | *(Release Conditions only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation, and Order Setting Conditions of Release filed on October 17, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 20, 2005                             /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk