FILED
DISTRICT COURT OF GUAM
NOV -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ERICA REYES BORJA,<br><br>           Defendant. | CRIMINAL CASE NO. 05-00049<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of a Superseding Indictment charging her with Conspiracy to Distribute 92 grams, net weight, of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on February 6, 2006 at 9:00 a.m.

IT IS SO ORDERED.

DATED this 7 day of November 2005.

ROBERT CLIVE JONES*
District Judge

ORIGINAL

---

* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.