

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00049 |
| vs. | **STIPULATION FOR CONTINUANCE** |
| ERICA REYES BORJA and RICKY ANTHONY NELSON, | |
| Defendants. | |

The parties in the above-entitled matter, the United States of America through Marivic P. David, Esq. and Defendant Erica Reyes Borja, through her counsel, Peter C. Perez, Esq., hereby stipulate to continue the deadline of the Presentence Investigation Report and the Sentencing hearing currently scheduled for February 6, 2006 at 9:00 a.m., to dates no earlier than forty-five (45) days. This continuance is requested by counsel for Defendant Erica Reyes Borja who will be in trial in the Superior Court of Guam in *People v. Luis G. Seagraves, Jr.*, CF0363-03, and which trial is expected to last about a month.

IT IS SO STIPULATED this 20TH day of January, 2006:

**LUJAN AGUIGUI & PEREZ LLP**

/s/ 
_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Erica Reyes Borja*

**LEONARDO M. RAPADAS**
United States Attorney

/s/
_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

