**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

# FILED

DISTRICT COURT OF GUAM

JAN 3 1 2006 ꝗ℗

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00049 |
| vs. | |
| ERICA REYES BORJA, | **STIPULATION FOR CONTINUANCE** |
| Defendant. | |

The parties in the above-entitled matter, the United States of America through Marivic P. David, Esq. and Defendant Erica Reyes Borja, through her counsel, Peter C. Perez, Esq., hereby stipulate to continue the deadline of the Presentence Investigation Report and the Sentencing hearing currently scheduled for February 6, 2006 at 9:00 a.m., to dates sometime in March, 2006. The defense requests this continuance for the following reasons:

1.    Defense counsel needs additional time to prepare for the sentencing;

2.    Defense counsel is exploring additional cooperation opportunities for his client; and

3.    Defense counsel anticipates being on leave on the currently set sentencing date.

IT IS SO STIPULATED this 31st day of January, 2006:

**LUJAN AGUIGUI & PEREZ LLP**



_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Erica Reyes Borja*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant U.S. Attorney*

ORIGINAL