LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Erica Reyes Borja*

FILED
DISTRICT COURT OF GUAM
FEB -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ERICA REYES BORJA,<br><br>Defendants. | CRIMINAL CASE NO. 05-00049<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Whereas, the Stipulation for Continuance was filed on January 31, 2006;

Whereas no previous continuance have been granted by the Court herein; and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The new dates are set out as follows:

1. Responses to the presentence report shall be filed no later than February 16, 2006, and the final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 23, 2006.

///

///

///

**ORIGINAL**

2. The sentencing hearing previously set for February 6, 2006, shall be continued for to Wednesday, March 15, 2006, at 1:30 p.m.

Dated this ___1st___ day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge