DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRITICAL MINUTES
SENTENCING

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT


CASE NO. CR-05-00049-001          DATE: March 15, 2006

HON. JAMES L. ROBART, Designated Judge          Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:59:35 - 10:23:51          CSO: B. Benavente / J. Lizama

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: ERICA REYES BORJA**                      **ATTY: PETER C. PEREZ**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                     AGENT: JOHN DUENAS, Immigration and Customs Enforcement

U.S. PROBATION: MARIA CRUZ                       U.S. MARSHAL: C. MARQUEZ

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
    Base offense level:          Total offense level: 23          Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested for a mitigating role adjustment of four levels and for the Court to not apply strict applications of the guidelines.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Disagreed with a four level mitigating role adjustment for the defendant and argued the defendant's role in the case.

(   ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government moved to dismiss Count II of the Superseding Indictment - Granted.

SENTENCE: CR-05-00049-001            DEFENDANT: ERICA REYES BORJA

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 40 MONTHS WITH CREDIT FOR TIME SERVED. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN A DRUG TREATMENT PROGRAM, AS WELL AS VOCATIONAL AND EDUCATIONAL PROGRAMS AS APPROVED BY THE BUREAU OF PRISONS.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT SHERIDAN OR NORTHERN CALIFORNIA.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FOUR YEARS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.  DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

2.  DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. SHE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICER.

3.  DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4.  DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH IN 18 U.S.C. § 3583.

5.  DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6.  DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7.  DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER SHE HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8.  DEFENDANT SHALL COMPLETE 200 HOURS OF COMMUNITY SERVICE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

PURSUANT TO U.S.S.G. SECTION 5E1.2(e), ALL FINES ARE WAIVED SINCE IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS. COURT ORDERS THAT A COMPLETE AND CORRECTED COPY OF THE PRESENTENCE REPORT BE PREPARED FOR THE BUREAU OF PRISONS AND THE U.S. SENTENCING COMMISSION.

DEFENDANT WAS RELEASED AND ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHALS SERVICE ON GUAM PENDING DESIGNATION OF BUREAU OF PRISONS.

Courtroom Deputy: